IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIOLET O'NEILL | : | CIVIL ACTION |
| v. | : | |
| GEICO INSURANCE COMPANY | : | NO. 12-65 |

FILED
FEB 8 2012
MICHAEL E. KUNZ, Clerk
By_____:___Dep. Clerk

ORDER

AND NOW, this 8th day of February, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff Violet O'Neill to remand this action to the Court of Common Pleas of Delaware County is DENIED.

BY THE COURT:

/s/ Harvey Bartle
_____ J.