```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| VIOLET O'NEILL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GEICO INSURANCE COMPANY | : | NO. 12-65 |

ORDER

AND NOW, this 30th day of August, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of the defendant for summary judgment (Doc. #17) is GRANTED, declaring that on July 14, 2010, plaintiff Violet O'Neill was not a member of the household of her son, James O'Neill, and thus was not insured under GEICO policy #0305-47-54-02 for the purposes of underinsured motorists coverage; and

(2)  the motion of the plaintiff for summary judgment (Doc. #18) is DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    J.